**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| GOLNAR SHAYEGAN | |
| **Debtor** | **Bankruptcy No.** 22-13023-MDC |

# O R D E R

**AND NOW**, this \_\_\_11th\_\_\_\_ day of \_\_\_\_May_____, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
CAROL B MCCULLOUGH
65 W STREET RD
SUITE A-204
WARMINISTER, PA 18974-

Debtor:
GOLNAR SHAYEGAN

770 PARMENTIER ROAD

WARMINSTER, PA 18974